

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2022

No. 04-21-00433-CV

Patricia Brown **EDWARDS,**
Appellant

v.

Mayra Brown **BURTON,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI16821
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Lori I. Valenzuela, Justice

On January 26, 2022, this court issued an opinion and judgment dismissing this appeal for want of prosecution. On February 11, 2022, appellant filed a motion for rehearing. After considering the motion, the motion is DENIED.

It Is So **ORDERED** on this 15th day of February, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

